UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA J. NASON,<br><br>        Plaintiff,<br><br>v.<br><br>PRIME GROUP HOLDINGS, LLC<br><br>        Defendant. | CIVIL ACTION<br>Docket No: |

## NOTICE OF REMOVAL

Defendant Prime Group Holdings, LLC ("Defendant"), through counsel and pursuant to 28 U.S.C. § 1441, *et seq.*, requests removal of a civil action commenced in the Androscoggin County Superior Court, titled *Melissa J. Nason v. Prime Group Holdings, LLC*, Civil Action Docket No: AUBSC-CV-21-00002. In support of removal, the Defendant respectfully states as follows:

1. Plaintiff commenced this action by filing a Complaint in Maine Superior Court, Androscoggin County on January 8, 2021, a copy of which is attached as Exhibit A to the Affidavit of Katharine I. Rand.

2. Defendant Prime Group Holdings, LLC was provided with a copy of the Complaint on January 6, 2021, and the undersigned counsel Katharine I. Rand accepted service on January 7, 2021.

3. The Complaint includes claims arising under federal law. This Court therefore has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 and thus the action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446(a).

4. The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Androscoggin County, Maine, where this suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

5. Defendant desires to remove this action to this Court.

6. Pursuant to 28 U.S.C. § 1446(b), removal is timely filed within thirty days after the receipt by Defendant through service of the initial pleading setting forth the claims for relief.

7. Pursuant to 28 U.S.C. § 1446(d), Defendant this day is filing a copy of the Notice of Removal with the Androscoggin County Superior Court, and sending copies of the notice to Plaintiff's counsel.

WHEREFORE, Defendant respectfully requests that the above-captioned action be removed from the Androscoggin County Superior Court to this Court.

Dated: January 26, 2021

/s/ Katharine I. Rand
Katharine I. Rand

/s/ Daniel R. Strader
Daniel R. Strader

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com
dstrader@pierceatwood.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I served a copy of Defendant's Notice of Removal by electronic mail addressed to the following:

Amy Dieterich, Esquire
Skelton Taintor & Abbott
95 Main Street
Auburn, ME 04210
adieterich@sta-law.com

Dated: January 26, 2021                    /s/ Katharine I. Rand
                                           Katharine I. Rand

                                           Pierce Atwood LLP
                                           Merrill's Wharf
                                           254 Commercial Street
                                           Portland, Maine 04101
                                           207-791-1100
                                           krand@pierceatwood.com

                                           *Counsel for Defendant*