UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA J. NASON,<br><br>            Plaintiff,<br><br>v.<br><br>PRIME GROUP HOLDINGS, LLC<br><br>            Defendant. | CIVIL ACTION<br>Docket No: |

## AFFIDAVIT OF KATHARINE I. RAND

I, Katharine I. Rand, declare as follows:

1. I am a partner at Pierce Atwood LLP and am counsel for Defendant Prime Group Holdings, LLC ("Defendant"), in *Melissa J. Nason v. Prime Group Holdings, LLC*, Docket No: AUBSC-CV-21-00002. I have firsthand knowledge of the facts set forth below, am competent to testify, and, if called to testify, would and could testify as follows:

2. On January 8, 2021, Plaintiff Melissa Nason ("Plaintiff") filed this action against Defendant in Superior Court of Androscoggin County, Maine, Auburn, Civil Action Docket No: AUBSC-CV-21-00002.

3. Plaintiff's counsel provided Defendant Prime Group Holdings, LLC with a copy of the Complaint on January 6, 2021. I accepted service on behalf of Defendant Prime Group Holdings, LLC on January 7, 2021.

4. On this day, January 26, 2021, Defendant filed a Notice of Removal to the United States District Court for the District of Maine.

5. A certified copy of the Androscoggin County Superior Court record is attached as Exhibit A to this Affidavit and incorporated by reference herein.

12718663.1

6. I hereby represent that the attached duplicate record contains an accurate copy of every document, of every kind and description, documented in the State Court proceedings before removal to this Court and that the duplicate record reflects every action taken in the matter by the State court prior to removal.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 26, 2021

/s/ Katharine I. Rand
Katharine I. Rand

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2021, I served a copy of Affidavit of Katharine I. Rand by electronic mail addressed to the following:

Amy Dieterich, Esquire
Skelton Taintor & Abbott
95 Main Street
Auburn, ME 04210
adieterich@sta-law.com

Dated: January 26, 2021

/s/ Katharine I. Rand
Katharine I. Rand

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com

*Counsel for Defendant*