UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA J. NASON,<br><br>  Plaintiff,<br><br>v.<br><br>PRIME GROUP HOLDINGS, LLC<br><br>  Defendant. | CIVIL ACTION<br>Docket No: |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant, Prime Group Holdings, LLC. ("Defendant"), states as follows:  Defendant has no parent corporation and no publicly held corporation owns 10% of more of its stock.  Robert Moser is the sole owner of Defendant.

Dated: January 26, 2021

/s/ Katharine I. Rand
Katharine I. Rand

/s/ Daniel R. Strader

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com
dstrader@pierceatwood.com

*Counsel for Defendant*

12719077.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I served a copy of Defendant's Corporate Disclosure Statement by electronic mail addressed to the following:

Amy Dieterich, Esquire
Skelton Taintor & Abbott
95 Main Street
Auburn, ME 04210
adieterich@sta-law.com

Dated: January 26, 2021                  /s/ Katharine I. Rand
                                                        Katharine I. Rand

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
207-791-1100
krand@pierceatwood.com

*Counsel for Defendant*