UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MELISSA J. NASON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:21-cv-00032-DBH |
| PRIME GROUP HOLDINGS, LLC, | ) ) ) |
|     Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiff Melissa J. Nason and Defendant Prime Group Holdings, LLC, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff's action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs.

So stipulated and agreed to this 13th day of October, 2021.

/s/ Amy Dieterich
Amy Dieterich, Esq.
*Attorney for Melissa J. Nason*
SKELTON TAINTOR & ABBOTT
500 Canal Street
Lewiston, ME 04240
(207)784-3200
adieterich@sta-law.com

/s/ Katharine I. Rand
Katharine I. Rand
*Attorney for Prime Group Holdings LLC*
Pierce Atwood, LLP
Merrill's Wharf, 254 Commercial St.
Portland, ME 04101
(207)791-1267
krand@pierceatwood.com

13979959.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2021, I electronically filed this Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered attorneys of record.

/s/ Katharine I. Rand
Katharine I. Rand
*Attorney for Prime Group Holdings LLC*
Pierce Atwood, LLP
Merrill's Wharf, 254 Commercial St.
Portland, ME 04101
(207)791-1267
krand@pierceatwood.com